IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DEONDRAY RAYMOND MASON, | § | |
| Plaintiff, | § § § | |
| v. | § § | 2:23-CV-172-BR |
| KEVIN SMITH, *et al.,* | § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

Of equal date herewith, the undersigned United States Magistrate Judge issued an opinion and order DISMISSING Plaintiff's case without prejudice as to all Defendants.

Judgment is rendered accordingly.

IT IS SO ORDERED.

ENTERED January 5, 2024.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

1